IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MARYMEE, et al., | No. 2:21-CV-1219-TLN-DMC |
| Plaintiffs, | |
| v. | ORDER |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained, bring this civil action. Due to a conflict in the Court's schedule, the hearing on Defendant's motion for a protective order, ECF No. 8, is continued to February 16, 2022, at 10:00 a.m., before the undersigned in Redding California.

IT IS SO ORDERED.

Dated: January 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1