**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BRIAN C. VANDERHOOF, SB# 248511
   E-Mail: Brian.Vanderhoof@lewisbrisbois.com
JONATHAN WON, SB# 293910
   E-Mail: Jonathan.Won@lewisbrisbois.com
633 W. 5th Street #1400
Los Angeles, CA 90071
Telephone: 213.680.5064
Facsimile: 415.434.0882

Attorneys for Defendant FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MARYMEE, an individual; DAISY MARYMEE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants | Case No.: 2:21-CV-01219-TLN-DMC <br><br> Judge: Hon. Dennis M. Cota <br><br> **ORDER GRANTING REQUEST FOR A TELEPHONIC APPEARANCE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant FORD MOTOR COMPANY hereby requests to appear by telephone at the hearing on Defendant's Motion for Protective Order scheduled on February 16, 2022 at 10:00 a.m. in Courtroom 304, 3rd Floor of the above-entitled court.

PLEASE TAKE FURTHER NOTICE that Brian C. Vanderhoof, counsel for FORD MOTOR COMPANY will be readily available for the hearing and can be reached at 626-533-6066. Counsel for Defendant is physically located in Southern California, and has been unable to obtain in-person coverage for this hearing in Northern California.

DATED: February 15, 2022                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Brian C. Vanderhoof*
     BRIAN C. VANDERHOOF
     JONATHAN WON
     Attorneys for Defendant FORD MOTOR COMPANY

## ORDER

The Court having received Defendant's Application For A Telephonic Appearance and having considered all papers filed in connection with this application, the Court finds that it is appropriate to grant Defendant's application to appear telephonically for the Motion for Protective Order hearing on February 16, 2022, in Courtroom 304, 3rd Floor, of the above-referenced Court, at 10:00 a.m. Counsel shall arrange an appearance through CourtCall.

IT IS SO ORDERED.

**Dated: February 16, 2022**

____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**FEDERAL COURT PROOF OF SERVICE**
Marymee v. Ford Motor Company
Case No. 21CI-000130

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 15, 2022, I served the following document(s):

**APPLICATION AND PROPOSED ORDER FOR A TELEPHONIC APPEARANCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| David N. Barry, Esq.<br>THE BARRY LAW FIRM<br>11845 W. Olympic Blvd., Suite 1270<br>Los Angeles, CA 90064<br>Telephone: (310) 684-5859<br>Fax: (310) 862-4539 | **Attorney for Plaintiffs**<br><br>Email: eserviceford@mylemonrights.com<br>dbarry@mylemonrights.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 15, 2022, at San Francisco, California.

_____
Charmaine Villavert